IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | Case No.: 23 CV 0974 |
| ) | |
| 1515 CHICAGO AVENUE, LLC, d/b/a ) | |
| HYATT HOUSE CHICAGO/EVANSTON, ) | |
| AND JANKO GROUP, LLC, d/b/a HYATT ) | |
| HOUSE CHICAGO/EVANSTON ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, 1515 Chicago Avenue, LLC, d/b/a Hyatt House Chicago/Evanston ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

Jointly submitted this 4th day of August, 2023.

Respectfully submitted,

| | |
|---|---|
| By:    /s/ Robert M. Kaplan | By:   /s/ Janet Davis |
| Counsel for Plaintiff | Counsel for Defendant |
| Law Offices of Robert M. Kaplan P.C. | Cozen O'Connor |
| 1535 W. Schaumburg Rd. Ste 204 | 123 N. Wacker Drive, Ste. 1800 |
| Schaumburg, IL 60194-4042 | Chicago, IL 60606 |
| 847-845-9477 | (312) 474-7947 |
| rmkap@robertkaplanlaw.com | jrdavis@cozen.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

By: /s/ Robert M. Kaplan